# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RICHARD B. TAYLOR,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-11-409**

**MICHAEL J. ASTRUE,**     **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**        **MAGISTRATE JUDGE TERENCE P. KEMP**
**SOCIAL SECURITY,**

       **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed April 13, 2012, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), sentence four**.

Date: April 13, 2012                       JAMES BONINI, CLERK

                                                         */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk