IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Richard B. Taylor,

    Plaintiff,

v.

Michael J. Astrue,
Commissioner of
Social Security,

    Defendant.

Case No. 2:11-cv-409

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

## ORDER

The parties have stipulated to an award of fees under the Equal Access to Justice Act. Pursuant to that stipulation, plaintiff is awarded the sum of $2,250.00. The award of attorney fees satisfies all of plaintiff's claims for fees and expenses under 28 U.S.C. §2412 in this case. Any fees paid belong to plaintiff and not her attorney and can be offset to satisfy any pre-existing debt that plaintiff may owe to the United States. If the United States verifies that no such debt exists, and if plaintiff and her counsel have so agreed, the United States may direct the payment of the award to plaintiff's attorney.

**IT IS SO ORDERED.**

5-16-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE